UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JUAN SIMMONS #488776,

    Plaintiff,                                Case No. 2:19-CV-91

v.                                       HON. GORDON J. QUIST

JOSHUA OJA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 24, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R. & R.), recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 24.) The Court has reviewed the R. & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the July 24, 2020, Report and Recommendation (ECF No. 24) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 21) is **GRANTED** for the reasons set forth in the R. & R. Therefore, Plaintiff's claim is **dismissed without prejudice**.

This case is **concluded**.

A separate judgment will enter.

Dated: August 17, 2020                                     /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE